NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TEMPUR-PEDIC MANAGEMENT, INC., AND DAN FOAM APS,**
*Appellants,*

**v.**

**FKA DISTRIBUTING CO.,**
*Appellee.*

———————————

2012-1052

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Opposition No. 91185706.

———————————

**ON MOTION**

———————————

**O R D E R**

Having received no objection to this court's December 30, 2013 order,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each side shall bear its own costs.

2     TEMPUR-PEDIC MANAGEMENT, INC. v. FKA DISTRIBUTING CO.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: January 16, 2014